# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JAMES L. ORRINGTON, II, DDS, PC, on behalf of itself and a class, | ) ) ) | |
| Plaintiff, | ) ) | 12 CV 8790 |
| v. | ) ) ) | Honorable Judge Tharp |
| DENTAL RESOURCE SYSTEMS, INC., and JOHN DOES 1-10, | ) ) ) | Magistrate Judge Rowland |
| Defendants. | ) | |

## STIPULATION TO DISMISS

NOW COME the Parties, by and through their respective attorneys, and pursuant to Fed. R. Civ. Proc. 41(a), hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant with prejudice, and with each party bearing its own costs. Plaintiff's class claims are dismissed without prejudice and with each party bearing its own costs. This stipulation of dismissal disposes of the entire action.

Respectfully submitted,

**PLAINTIFF**

JAMES L. ORRINGTON, II, DDS, PC

/s/ Dulijaza Clark
By one of its attorneys
Dulijaza (Julie) Clark
Edelman, Combs, Latturner & Goodwin LLC
120 S. LaSalle St., 18th Fl.
Chicago, IL 60603
312-739-4200

**DEFENDANT**

DENTAL RESOURCE SYSTEMS, INC.

/s/ James K. Borcia
By one of its attorneys
James K. Borcia
Tressler LLP
233 S. Wacker Drive, 22nd Floor
Chicago, IL 60606
312.627.4000

## **CERTIFICATE OF SERVICE**

  I, Dulijaza Clark, certify that on October 1, 2013, I caused a true and accurate copy of the foregoing document to be served upon the parties listed below through the Court's CM/ECF system:

    James K. Borcia
    Kenneth M. Sullivan
    Charmagne T. Sutherlin
    Nikolai G. Guerra
    Tressler LLP
    233 South Wacker Drive, 22nd Floor
    Chicago, IL 60606-6308
    Tel.: (312) 627-4000
    Fax: (312) 627-1717
    jborcia@tresslerllp.com
    ksullivan@tresslerllp.com
    csutherlin@tresslerllp.com
    nguerra@tresslerllp.com


                /s/ Dulijaza Clark
                Dulijaza (Julie) Clark

Daniel A. Edelman
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)