# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

James L. Orrington, II, DDS, PC

                                                    Plaintiff,

v.                                                                      Case No.: 1:12−cv−08790
                                                                     Honorable John J. Tharp Jr.

Dental Resource Systems, Inc., et al.

                                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 2, 2013:

      MINUTE entry before Honorable John J. Tharp, Jr: Upon parties' notice of voluntary dismissal [34], with prejudice and pursuant to FRCP 41(a)(1)(A)(i), this case is terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.